ORIGINAL

AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT

for the
Central District of California

FILED
2017 OCT 17 PM 2:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ______

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
5618 Tilton Avenue, Apt. #190
Riverside, CA 92509

Case No. 5:17-mj-00458

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before 14 days from the date of its issuance *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ______ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ________.

Date and time issued: 10/10/17 @ 4:46pm [signature]
*Judge's signature*

City and state: Riverside, California — Hon. Shashi H. Kewalramani, U.S. Magistrate Judge
*Printed name and title*

AUSA: Bilal A. Essayli (951-276-6246)

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

### *Return*

| *Case No.:* | *Date and time warrant executed:* | *Copy of warrant and inventory left with:* |
|---|---|---|
| 5:17-mj-00458 | | |

*Inventory made in the presence of :*

*Inventory of the property taken and name of any person(s) seized:*

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

***Certification*** (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 17 OCT 2017

*Executing officer's signature*

JOSEPH NAZARENO - SPECIAL AGENT

*Printed name and title*

AUSA: Bilal A. Essayli (951-276-6246)

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10 OCT 2017 | 11OCT2017 15:20 | MONICA RENAE JEAN |

INVENTORY MADE IN THE PRESENCE OF ATF AGENTS

INVENTORY OF PROPERTY TAKEN PURSUANT TO THE WARRANT

**CASE NUMBER - 5:17-MJ-00458**

* One (1) Samsung cellular phone
* Three (3) Remington, .223 caliber rounds
* One (1) magazine
* One (1) Department of Motor Vehicles registration document for REZA
* One (1) tan holster
* One (1) Nokia cellular phone with a broken screen
* One (1) Panasonic HD video camera with a SIM card
* One (1) Charter Arms revolver wooden hand grip
* One (1) neon orange thumb storage drive
* One (1) Pom Gean Power2go hard drive
* One (1) Samsung tablet
* Assorted pills of suspected narcotics

## CERTIFICATION

I swear that this inventory is ~~a true and detailed~~ account of all the property taken by me on the warrant.

[signature]

Subscribed, ~~sworn to~~, and returned before me this date.

U.S. JUDGE OR MAGISTRATE DATE